dismissed, with costs against the State Industrial Board, on the ground that Roy McMullen was an independent contractor, and that the claimant was not an employee of school district No. 5, but was an employee of Roy McMullen. Van Kirk, P. J., Hinman, Hill and Rhodes, JJ., concur; McNamee, J., not voting.

In the Matter of the Claim of LOUISE GRAZIADEI, Respondent, against YANKEE POLISH COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Van Kirk, P. J., Hinman, Hill and Rhodes, JJ., concur; McNamee, J., not voting.

In the Matter of the Claim of RAE BERMAN, Respondent, against B. WASSERMAN COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Van Kirk, P. J., Hinman, Hill and Rhodes, JJ., concur; McNamee, J., not voting.

In the Matter of the Claim of the Estate of JAMES MILLER, Respondent, against J. M. BELL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that there is no evidence to sustain the finding that the accident arose out of and in the course of the employment. Van Kirk, P. J., Hinman, Hill and Rhodes, JJ., concur; McNamee, J., not voting. [See 234 App. Div. 148.]

In the Matter of the Claim of MARY R. FINNEGAN, Respondent, Appellant, against CATHOLIC CHARITIES OF THE ARCHDIOCESE OF NEW YORK and Another, Appellants, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board against the employer and the insurance carrier. Appeal by Jerome F. Cohen, claimant's attorney, dismissed, without costs, on the authority of *Matter of Lewis* v. *Lefren, Inc.* (234 App. Div. 513). Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ., concur.

In the Matter of the Claim of SARAH GARNES, Respondent, against FEENEY & SHEEHAN BUILDING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of *Matter of Greenberg* v. *Voit* (224 App. Div. 799; affd., 250 N. Y. 543). Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of MAURICE MEADOWS, Respondent, against LAUNDRY TRUCKING Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of ANTHONY FAY, Respondent, against MILTON M. GETTINGER, Receiver of 65 POST AVENUE CORPORATION, and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that there is no evidence to sustain the finding that the claimant " did not contract for employment with the said John Boyle as a principal employer, but contracted employment with him as an agent of the owner of the premises." Van Kirk, P. J., Hinman, Rhodes and Crapser, JJ., concur; Hill, J., dissents and votes to affirm upon the authority of *Matter of Westfelt* v. *Atlas Furniture Co.* (231 App. Div. 775; affd., 256 N. Y. 578) and subdivision 4 of section 54 of the Workmen's Compensation Law.*

In the Matter of the Claim of LUIS HERNANDEZ, Respondent, against HARRY

*Amd. by Laws of 1928, chap. 754.— [REP.